TROY LAW, PLLC
*Attorneys for the Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

YU ZHANG,
*on his own behalf and on behalf of others similarly situated*

                    Plaintiff,
                        v.

WM RESTAURANT CORP
    d/b/a Water Moon; and
EAST AT RYE, INC.
    d/b/a Water Moon;
QUAN CHEN,
YONG QIU,
LEE FAI, and
CHING YEH

                    Defendants.

-----------------------------------------------------------------x

**Case No: 18-cv-12333**

NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff YU ZHANG, through their undersigned counsel, hereby accept and provide notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated July 17, 2019, attached hereto as Exhibit A.

Dated: Flushing, New York
July 17, 2019

                                                  TROY LAW, PLLC
                                                  *Attorney for the Plaintiff*
                                                     /s/      John Troy
                                                  John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**

-------------------------------------------------------------------x
YU ZHANG,
*on his own behalf and on behalf of others similarly situated*

                    Plaintiff,
                    v.

WM RESTAURANT CORP
    d/b/a Water Moon; and
EAST AT RYE, INC.
    d/b/a Water Moon;
QUAN CHEN,
YONG QIU,
LEE FAI, and
CHING YEH

                    Defendants.
-------------------------------------------------------------------x

**Case No: 18-cv-12333**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent via ECF to their Attorney of Record.

Dated: Flushing, New York
July 17, 2019

                              TROY LAW, PLLC
                              *Attorney for the Plaintiff*

                                /s/      John Troy
                              John Troy (JT0481)